USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                        Plaintiff,      :
                                        :     41 Civ. 1395 (DLC)
            -v-                         :
                                        :        ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS  :
AND PUBLISHERS,                         :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    For the reasons stated in the Corrected Order of August 7, 2009, it is hereby

    ORDERED that the following steps will be followed for those applications currently pending under the caption United States v. American Society of Composers, Authors, and Publishers, 41 Civ. 1395, which are listed in the appendix to this Order:

    (1)  The Clerk of Court shall assign a separate caption and docket number to each application;

    (2)  The Clerk of Court shall waive the associated filing fees;

    (3)  The Clerk of Court shall make a contemporaneous notation in the docket of United States v. American Society of Composers, Authors, and Publishers, 41 Civ. 1395, that such proceedings have been assigned separate docket

numbers, setting forth for each its caption and its docket number; and

(4) Parties shall display on all submissions the application's unique caption and docket number, as well as the designation "Related to <u>United States v. American Society of Composers, Authors, and Publishers</u>, 41 Civ. 1395."

SO ORDERED:

Dated: New York, New York
September 2, 2009

                                             DENISE COTE
                                    United States District Judge

## Appendix

Currently Pending Applications:

1. <u>In re Application of Hicks Broadcasting of Indiana, LLC</u>: Interim Fee Order filed on December 22, 2000.  [No ECF Doc. Number]

2. <u>In re Application of Yahoo! Inc.</u>: Application filed on November 2, 2005.  [ECF Doc. # 53]

3. <u>In re Application of RealNetworks, Inc.</u>: Application filed on November 9, 2005.  [ECF Doc. # 56]