UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE APPLICATION OF HICKS BROADCASTING :
OF INDIANA, LLC                         :      09 Civ. 7759
                                        :       (DLC)(MHD)
----------------------------------------:
Related to                              :          ORDER
                                        :
UNITED STATES OF AMERICA,               :
                       Plaintiff        :
                                        :      41 Civ. 1395
         v.                             :         (DLC)
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                       Defendant.       :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the Clerk of Court shall close the case bearing the caption In re Application of Hicks Broadcasting, 09 Civ. 7759 for statistical purposes.

        SO ORDERED:

Dated:   New York, New York
         September 30, 2014

                                    _____
                                          DENISE COTE
                                    United States District Judge